Charles E. Tompkins (*pro hac vice* motion forthcoming)
cet@willmont.com
**WILLIAMS MONTGOMERY & JOHN LTD.**
1607 22nd Street NW, Suite 300
Washington, D.C. 20008
Telephone: (202) 791-9951
Facsimile: (312) 630-8586

Eric R. Lifvendahl (*pro hac vice* motion forthcoming)
erl@willmont.com
**WILLIAMS MONTGOMERY & JOHN LTD.**
233 S. Wacker Drive, Suite 6100
Chicago, IL 60606
Telephone: (312) 443-3200
Facsimile: (312) 630-8500

Eustace de St. Phalle (CA Bar # 171900)
EdeSaintPhalle@rlslawyers.com
**RAINS LUCIA STERN ST. PHALLE & SILVER, PC**
220 Montgomery Street, 15th Floor
San Francisco, CA 94104
Telephone: (415) 341-9341
Facsimile: (925) 609-1690

*Attorneys for Plaintiff Flextronics International USA, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLEXTRONICS INTERNATIONAL USA, INC.<br><br>Plaintiff,<br><br>v.<br><br>HOKURIKU ELECTRIC INDUSTRY CO., HDK AMERICA, INC., ROHM CO., LTD., AND ROHM SEMICONDUCTOR U.S.A., LLC,<br><br>Defendants. | Case No. 3:18-cv-4495<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS BY PLAINTIFF** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Northern District of California Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of person, firms, partnerships, corporations (including parent corporations) or other entities other than the parties themselves have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of the proceeding. Plaintiff Flextronics International USA, Inc. is not a publicly held corporation or publicly held entity. Flextronics International USA, Inc. is 100% held by Flextronics International Holding LLC which is 100% held by Flextronics Technologies Luxembourg S.a.r.l. (FKA Vista Point Technologies (Lux) S.a.r.l.) which is 100% owned by Flextronics International Ltd. Other than as referenced herein, no other publicly held corporation or other publicly held entity owns 10% of the stock of a party. No other publicly held corporation or other publicly held entity has a direct financial interest in the outcome of this litigation.

Pursuant to Civil Local Rule 3-15, the undersigned certifies as of this date, other than the named parties, there is no such interest to report.

Dated: July 25, 2018

WILLIAMS MONTGOMERY & JOHN LTD.

By: */s/ Charles E. Tompkins*
Charles E. Tompkins, *pro hac vice forthcoming*
Eric R. Lifvendahl, *pro hac vice forthcoming*

RAINS LUCIA STERN ST. PHALLE & SILVER, PC

By: */s/ Eustace de Saint Phalle*
Eustace de Saint Phalle
*Attorneys for Flextronics International USA, Inc.*